UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMEH GHAZAL, | CV 17-1001 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| USCIS DIRECTOR OF LOS ANGELES DISTRICT OFFICE SUSAN M. CURDA, USCIS DIRECTOR LEON RODRIGUES, DHS SECRETARY JOHN F. KELLY, ACTING FBI DIRECTOR ANDREW McCABE, AND ATTORNEY GENERAL JEFF SESSIONS, | |
| Defendants. | |

Pursuant to the Court's June 8, 2017 Minute Order granting the Motion to Dismiss filed by defendants Susan Curda, Director of the Los Angeles District office of the United States Citizenship and Immigration Services ("USCIS"), Leon Rodriguez, Director of USCIS, John Kelly, Secretary of the Department of Homeland Security, Acting FBI Director Andrew McCabe, and Attorney General Jeff Sessions [1]/ (collectively, the "Government"),

---

[1]/ Pursuant to Federal Rule of Civil Procedure 25(d), the federal officers who have succeeded the defendants named in Plaintiff's Complaint are automatically substituted as a party.

1 | which dismissed all of the claims asserted by plaintiff Sameh Ghazal ("Plaintiff") against the
2 | Government,
3 |     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Government
4 | shall have judgment in its favor against Plaintiff.
5 |     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims
6 | are dismissed with prejudice.
7 |     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
8 | nothing and that the Government shall have its costs of suit.
9 |     IT IS SO ORDERED.
10 | DATED: June 8, 2017

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE